I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ALL COUNSEL (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 7/12/07

DEPUTY CLERK

AUSA with copy of Petition

FILED
CLERK, U S DISTRICT COURT
JUL 12 2007
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO GUZMAN by and through Next of Friend Juan Carlos Chabes,<br><br>  Petitioner,<br><br>  v.<br><br>MICHAEL CHERTOFF, etc., et al.,<br><br>  Respondent. | CASE NO. CV 07-3746-GHK(SS)<br><br>ORDER REQUIRING ANSWER TO PETITION (FEDERAL CUSTODY) |

In order to facilitate the just, speedy, and inexpensive determination of this action, **IT IS ORDERED**:

1. The Clerk of this Court shall promptly (a) serve a copy of the Petition and a copy of this Order on Respondent(s) in accordance with Rule 4(i) of the Federal Rules of Civil Procedure and (b) serve a copy of this Order on Petitioner.

2. Within 14 days, Respondent(s) shall file and serve a Notice of Appearance, notifying the Court of the name of the attorney who will have principal charge of the case, together with the address where the attorney may be served, and the attorney's telephone and fax number. This information is important to assure accurate service of court documents.

DOCKETED ON CM
JUL 12 2007
BY          197

33

3.  Within forty-five (45) days of the date of this Order, Respondent(s) shall file and serve either a motion to dismiss ("motion") the Petition or an answer. At the time the motion or answer is filed, Respondent(s) shall lodge with the Court all records bearing on Petitioner's arguments, such as exhaustion of administrative remedies, statute of limitations, and the merits of the Petition. If Respondent(s) contend(s) that Petitioner has failed to exhaust any administrative remedies as to any ground for relief alleged in the Petition, Respondent(s) shall specify the administrative remedies still available to Petitioner. The answer or motion shall also specifically address the necessity for an evidentiary hearing to resolve any issue.

4.  Petitioner may file a single reply responding to matters raised in the answer or motion within thirty (30) days of the date of service. Any reply filed by Petitioner (a) shall state whether Petitioner admits or denies each allegation of fact contained in the answer or motion, (b) shall be limited to facts or arguments responsive to matters raised therein, and (c) shall not raise new grounds for relief that were not asserted in the Petition. Grounds for relief withheld until the reply will not be considered. No reply shall exceed ten (10) pages in length, absent advance leave of Court for good cause shown.

5.  A request for an extension of time within which to file any answer, motion, or reply will be granted only in extraordinary circumstances and only upon a showing of good cause. Any such request shall be accompanied by a declaration explaining why an extension of time is necessary.

1     6.   Unless otherwise ordered by the Court, this case shall be deemed submitted on the day following the date the reply is due.

    7.   Every document delivered to the Court must include a certificate of service attesting that a copy of such document was served on opposing counsel (or on the opposing party, if such party is not represented by counsel). Any document delivered to the Court without a certificate of service will be returned to the submitting party and will be disregarded by the Court.

DATED: July 12, 2007.

*[signature]*

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

S:\SS\Cases--Federal Habeas\Guzman, Pedro\Federal Habeas Initial Order.wpd